# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157234

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHAD MICHAEL CARPENTER,
      Defendant-Appellant.

SC: 157234
COA: 335383
Iosco CC: 15-009390-FC

_____/

     On order of the Court, the application for leave to appeal the January 9, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



Clerk

s1017